UNCLAIMED FUNDS

UNITED STATES
BANKRUPTCY COURT

Northern District of Ohio
CANTON Division

R1 — 00060966
Intake deputy: 2000696 (S. Es.)

March 04, 2011 13:41:02

MARCH 3, 2011

| Code | Case # | Qty | Amount |
|---|---|---|---|
| UF - UNCLAIMED FUNDS | 07-62933RK | 10 | $173.10CK |

Debtor - Grimwood
Payment Type - CHECK
Check Number - 484985

| UF - UNCLAIMED FUNDS | 09-61864RK | 10 | $2.75CK |

Debtor - Dehart
Payment Type - CHECK
Check Number - 484986

| UF - UNCLAIMED FUNDS | 05-65800RK | 10 | $234.47CK |

Debtor - Gonzalez
Payment Type - CHECK
Check Number - 484987

| UF - UNCLAIMED FUNDS | 05-66617RK | 10 | $378.04CK |

Debtor - Matthews
Payment Type - CHECK
Check Number - 484988

| UF - UNCLAIMED FUNDS | 05-66617RK | 10 | $22.94CK |

Debtor - Matthews
Payment Type - CHECK
Check Number - 484989

| UF - UNCLAIMED FUNDS | 07-60743RK | 10 | $345.00CK |

Debtor - Smith
Payment Type - CHECK
Check Number - 484990

| UF - UNCLAIMED FUNDS | 07-62406RK | 10 | $958.00CK |

Debtor - Baker
Payment Type - CHECK
Check Number - 484991

| UF - UNCLAIMED FUNDS | 07-62725RK | 10 | $73.60CK |

Debtor - Mohr
Payment Type - CHECK
Check Number - 484992

| UF - UNCLAIMED FUNDS | 05-65372RK | 10 | $10.31CK |

Debtor - Haynes
Payment Type - CHECK
Check Number - 484993

TOTAL -    $2,198.21
TEND  -    2,198.21
CHANGE-         0.00

**07-62933**  ROBERT GRIMWOOD
TAMMY GRIMWOOD
DEBTORS DID NOT CASH CHECK
CHECK #484985 FOR $173.10
ROBERT & TAMMY GRIMWOOD
34 CHARLES DR
DOVER, OH 44622-3116

**09-61864**  SHEILA DEHART
CREDITOR DID NOT CASH CHECK
CHECK #484986 FOR $2.75
UNITED TELEPHONE COMPANY
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

**05-65800**  JOSEPH GONZALEZ
DEBORAH GONZALEZ
CREDITOR DID NOT CASH CHECK
CHECK #484987 FOR $234.47
CAPITAL ONE AUTO FINANCE
PO BOX 201347
ARLINGTON, TX 76006

**05-66617**  LINDA MATTHEWS
CREDITOR DID NOT CASH CHECK
CHECK #484988 FOR $378.04
CAPITAL ONE AUTO FINANCE
PO BOX 201347
ARLINGTON, TX 76006

FROM: TOBY L. ROSEN
123 CLEVELAND AVE SW
CANTON, OH 44702